1 | SEMNAR & HARTMAN, LLP
Babak Semnar (SBN 224890)
2 | bob@semnarlawfirm.com
Jared M. Hartman, Esq. (SBN 254860)
3 | jaredhartman@jmhattorney.com
400 S. Melrose Dr., Suite 209
Vista, CA 92081
4 | Telephone: (951) 293-4187; Fax: (888) 819-8230

5 | Attorneys for Plaintiff

# U.S. DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON RADLE, an individual, | Case No.: 15-cv-0366-BEN-NLS |
| Plaintiff, | **NOTICE OF DISMISSAL WITH PREJUDICE PER RULE 41** |
| vs. | |
| PRO CUSTOM, a business entity, form unknown; and DOES 1-10, | |
| Defendants. | |

TO THE CLERK OF THE COURT, ALL PARTIES, AND THE HONORABLE U.S. DISTRICT COURT JUDGE:

   Plaintiff, hereby dismisses this entire action, with prejudice, pursuant to Rule 41(a) of the FRCP.  All pending dates and deadlines can be vacated accordingly.

                                   Respectfully submitted,

DATED: 7/29/2015                   /s/ Jared M. Hartman, Esq.
                                   JARED M. HARTMAN, ESQ.
                                   Attorney for Plaintiff,

1